IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RUSSELL E. PLANITZER and LTP FUND II, L.P., | § § § | No. 434, 2018 |
| Defendants-Below, Appellants, | § § § | |
| | § | Court Below: |
| v. | § | Court of Chancery |
| | § | of the State of Delaware |
| MARBEK REVOCABLE TRUST, HARVEST GROWTH CAPTIAL LLC, HARVEST GROWTH CAPITAL II LLC, SATURN PARTNERS LP III and SPLP II OPPORTUNITY LP, | § § § § § | C.A. No. 11580-VCL |
| | § | |
| Plaintiffs-Below, Appellees. | § § | |

Submitted:  February 6, 2019
Decided:  February 11, 2019

Before **VALIHURA**, **SEITZ** and **TRAYNOR**, Justices.

## O R D E R

This 11th day of February, 2019, having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of, and for the reasons assigned by the Court of Chancery in its Order Approving the Settlement Distribution List dated July 31, 2018, and in its Final Judgment dated August 21, 2018;

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice